UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MERCY NYANTAKYI,

                Plaintiff,

-against-

TD BANK, N.A.,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/30/2021__

21 Civ. 7963 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On October 26, 2021, the Court ordered the parties to submit a joint letter and proposed case management plan by November 24, 2021. ECF No. 9. On November 24, 2021, the Court received a letter from Defendant explaining the case and informing the Court that Plaintiff did not assist with preparing the letter or the proposed case management plan. ECF No. 13. Accordingly, by **December 7, 2021**, the parties shall confer and file their joint letter and proposed case management plan.

    SO ORDERED.

Dated: November 30, 2021
       New York, New York

                                          ANALISA TORRES
                                        United States District Judge