```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/28/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MERCY NYANTAKYI,

                Plaintiff,

-against-

TD BANK, N.A.,

                Defendant.

21 Civ. 7963 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The case management conference scheduled for April 7, 2022, is ADJOURNED to **May 18, 2022**, at **10:00 a.m.** The parties are directed to dial 888-398-2342 or 215-861-0674, and enter access code 5598827.

    The parties shall file a joint status report not later than one week in advance of the case management conference. And, the parties are reminded that a pre-motion letter for any motion for summary judgment must be filed within fourteen days of the close of fact discovery.

    SO ORDERED.

Dated: March 28, 2022
       New York, New York

                                          ANALISA TORRES
                                   United States District Judge