UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MERCY NYANTAKYI,

                Plaintiff,

-against-

TD BANK, N.A.,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/11/2022_

21 Civ. 7963 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' status update filed on May 11, 2022. ECF No. 18. Accordingly, the case management conference scheduled for **May 18, 2022**, is ADJOURNED *sine die*. By **May 25, 2022**, the parties shall file any pre-motion letters for motions for summary judgment in compliance with Rule III of the Court's Individual Practices in Civil Cases.

    Additionally, by **May 18, 2022**, the parties shall file a joint letter informing the Court which alternative dispute resolution process they wish to pursue. *See* ECF No. 15 ¶¶ 10, 14.

    SO ORDERED.

Dated: May 11, 2022
       New York, New York

ANALISA TORRES
United States District Judge