

Stradley Ronon Stevens & Young, LLP
100 Park Avenue
Suite 2000
New York, NY 10017
Telephone 212.812.4124
Fax 646.682.7180
www.stradley.com

**Jenifer Scarcella**
Counsel
jscarcella@stradley.com
212.404.0638

June 28, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/29/2022

**MEMO ENDORSED**

*Via ECF and Email*

Hon. Katharine H. Parker, U.S.M.J.
U.S. District Court
500 Pearl Street, Room 750
New York, NY 10007

      Re:    **Nyantakyi v. TD Bank, N.A.**
               **Docket No.: 21 Civ. 7963 (AT)**

Dear Judge Parker:

    This office represents Defendant, TD Bank, N.A. At the pre-settlement conference yesterday, the Court scheduled a settlement conference to take place on October 6, 2022 and directed the parties to appear in-person with counsel with full authority.

    Unfortunately, we have become aware that TD Bank has a conflict on that date. As such, we are respectfully requesting that the settlement conference be rescheduled to a date after November 1, 2022. Counsel for Plaintiff has consented to this request.

    We thank you for your time and attention to this request.

                                                            Respectfully submitted,

                                                            Jenifer Scarcella, Esq.
                                                            Stradley Ronon Stevens & Young
                                                            *Attorneys for Defendant*

Philadelphia, PA • Malvern, PA • Cherry Hill, NJ • Wilmington, DE • Washington, DC • New York, NY • Chicago, IL
A Pennsylvania Limited Liability Partnership
MERITAS LAW FIRMS WORLDWIDE

5675984v.1

June 28, 2022
Page 2

Cc:

Cary Kaplan, Esq.
*Attorney for Plaintiff*

**APPLICATION GRANTED:** The settlement conference in this matter scheduled for Thursday, October 6, 2022 at 2:00 p.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to Wednesday, November 2, 2022 at 10:00 a.m. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than October 25, 2022 by 5:00 p.m.

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.
06/29/2022

5675984v.1