

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/5/2022

Telephone 212.812.4124
Fax 646.682.7180
www.stradley.com

Jenifer Scarcella

Counsel

jscarcella@stradley.com

212.404.0638

June 30, 2022

*Via ECF and Email*

Hon. Analisa Torres - Torres_NYSDChambers@nysd.uscourts.gov
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    **Nyantakyi v. TD Bank, N.A.**
              **Docket No.: 21 Civ. 7963 (AT)(KP)**

Dear Judge Torres:

      Please accept this letter on behalf of all parties, Plaintiff Mercy Nyantakyi and Defendant TD Bank, N.A.

      The parties currently have a settlement conference scheduled with Magistrate Judge Parker on November 2, 2022. Pursuant to Your Honor's briefing schedule summary judgment motions must be filed by July 6, 2022, with opposition by July 27, 2022, and reply by August 10, 2022. The parties believe that settlement discussions will be more productive before time and resources have been spent on summary judgment motion practice.

      As such, the parties respectfully request that the time to file summary judgment motions be extended until after the settlement conference has taken place. This is the parties' first request for an adjournment of the briefing schedule and all parties consent to this request.

      We thank the Court for its time and attention to this matter.

DENIED. By **July 20, 2022**, Defendant shall file its motion for summary judgment. By **August 10, 2022**, Plaintiff shall file her opposition. By **August 24, 2022**, Defendant shall file any reply.

SO ORDERED.

Dated: July 5, 2022
         New York, New York

_____
ANALISA TORRES
United States District Judge